```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SECURITIES AND EXCHANGE COMMISSION,  :
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Plaintiff,　　　　　　　:
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　v.　　　　　　　　　　　　:　　Civil Action
　　　　　　　　　　　　　　　　　　　　:　　No. 25-cv-04297 (MKV)
　　　　　　　　　　　　　　　　　　　　:
JEREMY JORDAN-JONES,　　　　　　　　　:　　~~PROPOSED~~ ORDER
　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　Defendant.　　　　　　　:
-----------------------------------------------------------------------x

　　　　WHEREAS, on July 15, 2025, the Government submitted a motion seeking to intervene in this action and to stay this matter in its entirety in light of the pendency of the parallel criminal action *United States v. Jordan-Jones*, 25 Cr. 232 (AS) (the "Criminal Case"), in which an indictment has been returned; and

　　　　WHEREAS, defendant Jeremy Jordan-Jones consents to the stay of this matter in its entirety;

　　　　WHEREAS, the Securities and Exchange Commission ("SEC") takes no position on the Government's request to stay this matter in its entirety; and

　　　　WHEREAS, the Court finds that a stay of this matter in its entirety is in furtherance of the interests of justice and will not prejudice any party; it is hereby

　　　　**ORDERED** that the Government's motion to intervene is GRANTED.  It is further

　　　　**ORDERED** that this matter is stayed in its entirety until the completion of the Criminal Case.

SO ORDERED.

*/s/ Mary Kay Vyskocil*　　　　　　　　　　　　　July 16, 2025
HONORABLE MARY KAY VYSKOCIL　　　　　　DATE
UNITED STATES DISTRICT JUDGE